IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 22-cv-03298-GPG-MEH

ROBERT OTERO,

    Plaintiff,

v.

CIGNA HEALTH AND LIFE INSURANCE COMPANY,
EVICORE HEALTHCARE MSI, LLC,
HAROLD ALLEN JR., MD.,
JOHN W. MCDONOUGH, D.O., AND
BASSEM GEORGY, M.D.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order [D. 62] entered by Judge Gordon P. Gallagher on September 30, 2023, it is

ORDERED that Plaintiff's Motion to Remand [D. 26] is GRANTED, It is

FURTHER ORDERED that Defendants' Motions to Dismiss [D. 22 and D. 24] are DENIED without prejudice, it is

FURTHER ORDERED that the case is REMANDED to the Eagle County District Court.

This case will be closed.

Dated at Grand Junction, Colorado this 2nd day of October 2023

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By:   <u>s/D. Clement</u>
                                                    D. Clement
                                                    Deputy Clerk